# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133180

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAWRENCE G. MADAY and
CHERYL A. MADAY,
      Plaintiffs-Appellants,

v

HAROLD I. MILLER REAL ESTATE
DEVELOPMENT & LEASING and
HAROLD I. MILLER,
      Defendants-Appellees.

SC: 133180
COA: 272087
Bay CC: 03-003205-CH

_____/

      On order of the Court, the application for leave to appeal the January 3, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

                  Clerk

s0521